UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE NEW PHONE COMPANY, INC.,

                  Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                  Defendants.
-----------------------------------------------------------------X
THE NEW PHONE COMPANY, INC.,

                  Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

                  Defendants.
-----------------------------------------------------------------X
BEST PAYPHONES, INC.,

                  Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                  Defendants.
-----------------------------------------------------------------X
BEST PAYPHONES, INC.,

                  Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                  Defendants.
-----------------------------------------------------------------X

 05CV 1702

JUDGMENT

00-CV- 2007 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ 2005 ★
BROOKLYN OFFICE

03-CV- 3978 (JG)

01-CV- 3934 (JG)

01-CV- 8506 (JG)

JUDGMENT
00-CV- 2007 (JG)

---------------------------------------------------------X
BEST PAYPHONES, INC.,

                Plaintiff,                      03-CV- 0192 (JG)

  -against-

CITY OF NEW YORK, *et al.*,

                Defendants.
---------------------------------------------------------X
BEST PAYPHONES, INC.,

                Plaintiff,                      04-CV- 3541 (JG)

  -against-

CITY OF NEW YORK, *et al.*,

                Defendants.
---------------------------------------------------------X
THE NEW PHONE COMPANY, INC. and
BEST PAYPHONES, INC.,

                Plaintiffs,                  05-CV- 1702 (JG)

  -against-

CITY OF NEW YORK, *et al.*,

                Defendants.
---------------------------------------------------------X

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on August 5, 2005, adopting the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto, dated May 3, 2005, after a *de novo* review of the record; denying plaintiffs application for leave to amend the complaints in 00-CV- 2007, 03-CV- 3978, 01-CV- 3934, 01-CV- 8506, 03-CV- 0192, and 04-CV- 3541; and dismissing the complaint in 05-CV- 1702; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; that the Report and Recommendation of Magistrate Judge Kiyo A. Matsumoto is adopted in its entirety; that plaintiffs application for leave to amend the complaints in 00-CV- 2007, 03-CV- 3978, 01-CV- 3934, 01-CV- 8506, 03-CV- 0192, and 04-CV- 3541 are denied; and that the complaint is dismissed in 05-CV- 1702.

Dated: Brooklyn, New York
      August 09, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court